E-filed on __June 6, 2025__

**KEVIN A DARBY 7670**
Name

**7670 NV**
Bar Code #

**499 W. PLUMB LANE, SUITE 202**
**Reno, NV 89509**
Address

**775.322.1237**
Phone Number

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:  **LA TANA LLC**

Case No.: **25-50375**
Chapter: **11 - SUB V**
Trustee

Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ☐ Voluntary Petition (specify reason for amendment)
- ☐ Summary of Schedules
- ☐ Statistical Summary of Certain Liabilities
- ☐ Schedule A - Real Property
- ☐ Schedule B - Personal Property
- ☐ Schedule C - Property Claimed as exempt
- ☑ Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
  - ☑ Add/delete creditor(s), change amount or classification of debt - **$34 Fee required**
  - ☐ Add/change address of already listed creditor - **No fee**
- ☐ Schedule G - Schedule of Executory Contracts and Unexpired Leases
- ☐ Schedule H - CoDebtors
- ☐ Schedule I - Current Income of Individual Debtor(s)
- ☐ Schedule J - Current Expenditures of Individual Debtor(s)
- ☐ Declaration Concerning Debtor's Schedules
- ☐ Statement of Financial Affairs and/or Declaration
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☐ Disclosure of Compensation of Attorney for Debtor(s)
- ☐ Statement of Current Monthly Income and Means Test Calculation
- ☐ Certification of Credit Counseling
- ☐ Other: __

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

E-filed on __June  6, 2025__

## Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

/s/ RICHARD BRAGIEL
RICHARD BRAGIEL
**Debtor's Signature**
**Date:**  June  6, 2025

**Fill in this information to identify the case:**

Debtor name: **LA TANA LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): **25-50375**

☑ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**INTERNAL REVENUE SERVICE**<br>**P.O. Box 21126**<br>**DPN 781**<br>**Philadelphia, PA 19114** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**NEVADA DEPARTMENT OF TAXATION**<br>**3850 ARROWHEAD DRIVE**<br>**CARSON CITY, NV 89706** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $27,546.00 | $27,546.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**SALES TAX** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **LA TANA LLC** | Case number (if known) | **25-50375** |
|---|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**ALAN L BROWN**<br>**529 N SUTRO TERRACE**<br>**CARSAON CITY, NV 89706**<br><br>Date(s) debt was incurred  **11/01/2024**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **UNSECURED LOAN TO BUSINESS**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$42,000.00** |
|---|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**AMERICAN EXPRESS**<br>**PO BOX 60189**<br>**CITY OF INDUSTRY, CA 91716-0189**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **1004** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **BUSINESS CREDIT CARD**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$22,295.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**CHASE INK**<br>**P.O. BOX 15123**<br>**WILMINGTON, DE 19850-5123**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **8837** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **BUSINESS CREDIT CARD**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$26,197.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**DOTTED AND CROSSED**<br>**2004 W FOREST PLEASANT PLACE**<br>**PHOENIX, AZ 85085-7083**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **TRADE DEBT**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$6,750.00** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**EVANS BROADCAST COMPANY, INC**<br>**1960 IDAHO ST**<br>**CARSON CITY, NV 89701**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **3405** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **ADVERTISING**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$5,100.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**FIRST INDEPENDENT BANK**<br>**C/O WESTERN ALLIANCE BANK**<br>**PO BOX 97614**<br>**LAS VEGAS, NV 89193-7614**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **1786** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **BUSINESS CREDIT CARD**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$20,953.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**SALDINOS**<br>**p.o. bOX 12266**<br>**FRESNO, CA 93777-2266**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **9460** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **TRADE DEBT**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$23,665.00** |

| Debtor | LA TANA LLC | Case number (if known) | 25-50375 |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address<br>US BANK<br>P.O. BOX 790408<br>SAINT LOUIS, MO 63179-0408<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number 8921 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **BUSINESS CREDIT CARD**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $20,522.00 |
|---|---|---|---|
| 3.9 | Nonpriority creditor's name and mailing address<br>US BANK<br>P.O. BOX 790408<br>SAINT LOUIS, MO 63179-0408<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number 7492 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **BUSINESS CREDIT CARD**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $3,164.62 |
| 3.10 | Nonpriority creditor's name and mailing address<br>W. HOWARD TREADAWAY<br>392 PARKHILL DRIVE<br>CARSON CITY, NV 89701<br><br>Date(s) debt was incurred 11/01/2024<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **UNSECURED LOAN TO BUSINESS**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $10,000.00 |
| 3.11 | Nonpriority creditor's name and mailing address<br>WESTERN ALLIANCE BANK<br>PO BOX 26237<br>LAS VEGAS, NV 89126-0237<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number 0001 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **LINE OF CREDIT**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $67,675.94 |
| 3.12 | Nonpriority creditor's name and mailing address<br>WESTERN ALLIANCE BANK<br>PO BOX 26237<br>LAS VEGAS, NV 89126-0237<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number 0001 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **OVERDRAFT PROTECTION**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $9,056.59 |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 27,546.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 257,379.15 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | 284,925.15 |

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 3 of 3